# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory Buchanan,                          **Bankruptcy No. 22-11154-pmm**
                    **Debtor**                    **Chapter 13**

## ORDER

AND NOW, it is hereby ORDERED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until May 31, 2022 to file the missing documents.

BY THE COURT

_Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge

Dated: 5/18/22