# UKG™
f/k/a The Ultimate Software Group, Inc.

**SOLID WASTE SERVICES, INC.**
2650 AUDUBON RD
AUDUBON, PA 19403

BUCHANAN, GREGORY
4 CHASER CT
READING, PA 19607

| | | | |
|---|---|---|---|
| Emp No | 0AB4J | Check No | 252113213 |
| Location | BER | Check Date | 04/01/2022 |
| Labor Type | HAUL | Period Start | 03/20/2022 |
| EE Types | DR | Period End | 03/26/2022 |
| Job Class | 5 | Pay Group | SWS |
| | | Pay Rate | 160.00 |
| AR | SOL1005 | Job | RLD |

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.00 | 0.00 | 50.00 | 450.00 |
| Daily Pay | 6.00 | 200.00 | 1200.00 | 13008.00 |
| Extra Work Pay | 0.00 | 0.00 | 0.00 | 48.48 |
| Holiday | 0.00 | 0.00 | 0.00 | 129.28 |
| One on One Pay | 0.00 | 0.00 | 0.00 | 161.60 |
| Weekly Hrs | 45.91 | 0.00 | 0.00 | 0.00 |
| Weighted OT | 5.91 | 13.61 | 80.46 | 573.64 |

Total Hours  45.91

| | TAXES | |
|---|---|---|
| Tax Code | Current | YTD |
| EXETER | 13.30 | 143.72 |
| EXETER TWP | 0.81 | 10.53 |
| EXETER TWP SD | 0.19 | 2.47 |
| PA State Income Tax | 40.85 | 441.20 |
| PA Unemployment | 0.80 | 8.62 |
| Federal Income Tax | 112.24 | 914.94 |
| Employee Medicare | 19.29 | 208.38 |
| Social Security Empl | 62.49 | 891.00 |

## EMPLOYEE ACCRUALS
| Balance | Taken | Remaining |
|---|---|---|

## DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Basic EE Life | 0.00 | 0.00 |
| 401K | 13.30 | 143.72 |

## EMPLOYER CONTRIBUTIONS
| Description | Current | YTD |
|---|---|---|
| | 0.88 | 11.44 |
| | 0.00 | 0.00 |

## NET PAY DISTRIBUTION
| Type | Acct Number | Amount |
|---|---|---|
| Checking | XXXXXXXX5970 | 300.00 |
| Checking | XXXXXXX8570 | 500.00 |

| | GROSS | TAXES | DEDS | NET PAY | |
|---|---|---|---|---|---|
| CURRENT | 1330.46 | 269.97 | 13.30 | 1047.19 | Check Amount $247.19 |
| YTD | 14371.00 | 2620.86 | 143.72 | 11606.42 | Total Net Pay 1047.19 |

Total  1330.46   269.97   14371.00   2620.86

* Balance on Hold

UltiPro

# UKG™

*(FKA The Ultimate Software Group, Inc.)*

**SOLID WASTE SERVICES, INC.**
2650 AUDUBON RD
AUDUBON, PA 19403

BUCHANAN, GREGORY
4 CHASER CT
READING, PA 19607

| | |
|---|---|
| Emp No | 0AB4J |
| Location | BER |
| Labor Type | HAUL |
| EE Types | DR |
| Job Class | 5 |
| AR | SOL1005 |

| | |
|---|---|
| Check No | 250043355 |
| Check Date | 03/25/2022 |
| Period Start | 03/13/2022 |
| Period End | 03/19/2022 |
| Pay Group | SWS |
| Pay Rate | 160.00 |
| Job | RLD |

| Pay Type | Hours | Pay Rate | Current | YTD | | Tax Code | TAXES Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Bonus | 0.00 | 0.00 | 0.00 | 400.00 | | EXETER | 8.00 | 130.42 |
| Daily Pay | 4.00 | 200.00 | 800.00 | 11808.00 | | EXETER TWP | 0.81 | 9.72 |
| Extra Work Pay | 0.00 | 0.00 | 0.00 | 48.48 | | EXETER TWP SD | 0.19 | 2.28 |
| Holiday | 0.00 | 0.00 | 0.00 | 129.28 | | PA State Income Tax | 24.56 | 400.35 |
| One on One Pay | 0.00 | 0.00 | 0.00 | 161.60 | | PA Unemployment | 0.48 | 7.82 |
| Weekly Hrs | 29.35 | 0.00 | 0.00 | 0.00 | | Federal Income Tax | 22.74 | 802.70 |
| Weighted OT | 0.00 | 0.00 | 0.00 | 493.18 | | Employee Medicare | 11.60 | 189.09 |
| | | | | | | Social Security Empl | 49.60 | 808.51 |
| Total Hours | 29.35 | | 800.00 | 13040.54 | Total | | 117.98 | 2350.89 |

| EMPLOYEE ACCRUALS | | | | DEDUCTIONS | | | EMPLOYER CONTRIBUTIONS | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Balance | Taken | Remaining | Description | Current | YTD | | Current | YTD | Type | Acct Number | Amount |
| | | | | Basic EE Life | 0.00 | 0.00 | | 0.88 | 10.56 | Checking | XXXXXXXXX5970 | 300.00 |
| | | | | 401K | 8.00 | 130.42 | | 0.00 | 0.00 | | | |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | Check Amount | $374.02 |
|---|---|---|---|---|---|---|
| CURRENT | 800.00 | 117.98 | 8.00 | 674.02 | | |
| YTD | 13040.54 | 2350.89 | 130.42 | 10559.23 | Total Net Pay | 674.02 |

# UKG™
(FKA The Ultimate Software Group, Inc.)

**SOLID WASTE SERVICES, INC.**
2650 AUDUBON RD
AUDUBON, PA 19403

BUCHANAN, GREGORY
4 CHASER CT
READING, PA 19607

| Emp No | 0AB4J | Check No | 208943409 |
|---|---|---|---|
| Location | BER | Check Date | 03/18/2022 |
| Labor Type | HAUL | Period Start | 03/06/2022 |
| EE Types | DR | Period End | 03/12/2022 |
| Job Class | 5 | Pay Group | SWS |
|  |  | Pay Rate | 160.00 |
| AR | SOL1005 | Job | RLD |

| Pay Type | Hours | Pay Rate | Current | YTD | | Tax Code | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Bonus | 0.00 | 0.00 | 0.00 | 4000.00 | | EXETER | 8.00 | 122.42 |
| Daily Pay | 4.00 | 200.00 | 800.00 | 11008.00 | | EXETER TWP | 0.81 | 8.91 |
| Extra Work Pay | 0.00 | 0.00 | 0.00 | 48.48 | | EXETER TWP SD | 0.19 | 2.09 |
| Holiday | 0.00 | 0.00 | 0.00 | 129.28 | | PA State Income Tax | 24.56 | 375.79 |
| One on One Pay | 0.00 | 0.00 | 0.00 | 161.60 | | PA Unemployment | 0.48 | 7.34 |
| Weekly Hrs | 32.27 | 0.00 | 0.00 | 0.00 | | Federal Income Tax | 22.74 | 779.96 |
| Weighted OT | 0.00 | 0.00 | 0.00 | 493.18 | | Employee Medicare | 11.60 | 177.49 |
|  |  |  |  |  | | Social Security Empl | 49.60 | 758.91 |
| Total Hours | 32.27 |  | 800.00 | 12240.54 | | Total | 117.98 | 2232.91 |

**EMPLOYEE ACCRUALS**

| Description | Balance | Taken | Remaining |
|---|---|---|---|
|  |  |  |  |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| 401K | 8.00 | 122.42 |
| Basic EE Life | 0.00 | 0.00 |

**EMPLOYER CONTRIBUTIONS**

| Current | YTD |
|---|---|
| 0.00 | 0.00 |
| 0.88 | 9.68 |

**NET PAY DISTRIBUTION**

| Type | Acct Number | Amount |
|---|---|---|
| Checking | XXXXXXXXX5970 | 300.00 |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 800.00 | 117.98 | 8.00 | 674.02 |
| YTD | 12240.54 | 2232.91 | 122.42 | 9885.21 |

Check Amount  $374.02
Total Net Pay  674.02



UNG
2650 Audubon Rd
Audubon, PA 19403

Gregory Buchanan
4 Chaser Ct
Reading, PA 19607

Phone Number:
SSN: XXX-XX-6194

| | |
|---|---|
| Emp No | 0AB4J |
| Location | BER |
| Labor Type | HAUL |
| EE Types | DR |
| Job Class | 5 |
| AR # | SOL1005 |

| | |
|---|---|
| Check No. | 27722107 |
| Check Date | 04/22/2022 |
| Period Start | 04/10/2022 |
| Period End | 04/16/2022 |
| Pay Group | SWS |
| Pay Rate | 160.00 |
| Job | RLD |

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | 50.00 | 600.00 |
| Cert Training | 1.50 | | 30.00 | 30.00 |
| Daily Pay | 6.00 | 200.00 | 1200.00 | 16608.00 |
| Extra Work Pay | | | | 48.48 |
| Holiday | | | | 129.28 |
| One on One Pay | | | | 161.60 |
| Weekly Hrs | 47.81 | | | |
| Weighted OT | 7.81 | 13.39 | 104.55 | 867.68 |
| Totals | 47.8100 | | 1384.55 | 18445.04 Totals |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Exeter | 13.85 | 184.47 |
| Exeter Twp | 0.81 | 12.96 |
| Exeter Twp Sd | 0.19 | 3.04 |
| Pa State Income Tax | 42.51 | 566.28 |
| Pa Unemployment Emp | 0.83 | 11.06 |
| Federal Income Tax | 124.02 | 1269.65 |
| Employee Medicare | 20.07 | 267.45 |
| Social Security Emp | 85.84 | 1143.59 |

### DEDUCTIONS

| Desc | Description | Current | YTD |
|---|---|---|---|
| | Basic EE Life | | 13.85 |
| | 401K | 13.85 | 104.47 |

### EMPLOYER AMOUNTS

| | Current | YTD | Type |
|---|---|---|---|
| | 0.88 | 14.08 | C |
| | | | C |

### EMPLOYEE ACCRUALS

| Balance | Taken | Remaining |
|---|---|---|
| | | |

Balance on Hold

### NET PAY DISTRIBUTION

| Acct Number | Amount |
|---|---|
| XXXX5970 | 300.00 |
| XXXX8570 | 600.00 |

| | GROSS | TAXES | DEDS | NET PAY | |
|---|---|---|---|---|---|
| CURRENT | 1384.55 | 288.12 | 13.85 | 1082.58 | Total Net Pay |
| YTD | 18445.04 | 3458.50 | 184.47 | 14802.07 | Check Amount |

288.12       3458.50       1082.58   282.58

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼



**UKG**

Solid Waste Services, Inc.
2650 Audubon Rd
Audubon, PA 19403

Gregory Buchanan
4 Chaser Ct
Reading, PA 19607

Phone Number:
SSN: XXX-XX-6194

| | |
|---|---|
| Emp No | 0AB4J |
| Location | BER |
| Labor Type | HAUL |
| EE Types | DR |
| Job Class | 5 |
| AR # | SOL1005 |

| | |
|---|---|
| Check No. | 27477005 |
| Check Date | 04/15/2022 |
| Period Start | 04/03/2022 |
| Period End | 04/09/2022 |
| Pay Group | SWS |
| Pay Rate | 160.00 |
| Job | RLD |

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | 50.00 | 550.00 |
| Daily Pay | 6.00 | 200.00 | 1200.00 | 15408.00 |
| Extra Work Pay | | | | 48.48 |
| Holiday | | | | 129.28 |
| One on One Pay | | | | 161.60 |
| Weekly Hrs | 47.77 | | | |
| Weighted OT | 7.77 | 13.08 | 101.66 | 763.13 |

Totals  47.7700  1351.66  17060.49 Totals

### DEDUCTIONS

| Desc. | Balance | | Current | YTD |
|---|---|---|---|---|
| 401K | | | 13.52 | |
| Basic EE Life | | | | |
| | | | 13.52 | 170.62 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Exeter | 13.52 | 170.62 |
| Exeter Twp | 0.81 | 12.15 |
| Exeter Twp Sd | 0.19 | 2.85 |
| Pa State Income Tax | 41.50 | 523.77 |
| Pa Unemployment Emp | 0.81 | 10.23 |
| Federal Income Tax | 116.85 | 1145.63 |
| Employee Medicare | 19.60 | 247.38 |
| Social Security Emp | 83.80 | 1057.75 |

### EMPLOYER AMOUNTS

| Current | YTD |
|---|---|
| 0.89 | 13.20 |

**EMPLOYEE ACCRUALS**

| Desc. | Taken | Remaining |
|---|---|---|

*Balance on Hold

### NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX5970 | 300.00 |
| C | XXXX8570 | 500.00 |

277.08   3170.3

| | GROSS | TAXES | DEDS | NET PAY | Total Net Pay |
|---|---|---|---|---|---|
| CURRENT | 1351.66 | 277.08 | 13.52 | 1061.06 | 1061.06 |
| YTD | 17060.49 | 3170.38 | 170.62 | 13719.49 | Check Amount 261.06 |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

# UKG

The Ultimate Software Group, Inc.

Solid Waste Services, Inc.
2650 Audubon Rd
Audubon, PA 19403

Gregory Buchanan
4 Chaser Ct
Reading, PA 19607

Phone Number:
SSN: XXX-XX-6194

| | |
|---|---|
| Emp No | 0AB4J |
| Location | BER |
| Labor Type | HAUL |
| EE Types | DR |
| Job Class | 5 |
| AR # | SOL1005 |

| | |
|---|---|
| Check No. | 25597821 |
| Check Date | 04/08/2022 |
| Period Start | 03/27/2022 |
| Period End | 04/02/2022 |
| Pay Group | SWS |
| Pay Rate | 160.00 |
| Job | RLD |

## EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | | 500.00 |
| Daily Pay | 6.00 | 200.00 | 1200.00 | 14208.00 |
| Extra Work Pay | | | | 48.48 |
| Holiday | | | | 129.28 |
| One on One Pay | | | | 161.60 |
| Weekly Hrs | 46.54 | | | |
| Weighted OT | 6.54 | 13.43 | 87.83 | 661.47 |
| Totals | 46.5400 | | 1337.83 | 15708.83 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Pa State Income Tax | 41.07 | 482.27 |
| Pa Unemployment Emp | 0.80 | 9.42 |
| Federal Income Tax | 113.84 | 1028.78 |
| Employee Medicare | 19.40 | 227.78 |
| Social Security Emp | 82.95 | 873.95 |
| Exeter | 13.38 | 157.10 |
| Exeter Twp | 0.81 | 11.34 |
| Exeter Twp Sd | 0.19 | 2.66 |
| Totals | 272.44 | 2893.30 |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic EE Life | | |
| 401K | 13.38 | 157.10 |
| Totals | 13.38 | 157.10 |

## EMPLOYER AMOUNTS

| Current | YTD |
|---|---|
| 0.88 | 12.32 |

## EMPLOYEE ACCRUALS

| Desc. | Balance | Taken | Remaining |
|---|---|---|---|

## NET PAY DISTRIBUTION

| Type | Acct Number | Amount |
|---|---|---|
| C | XXXX5970 | 300.00 |
| C | XXXX8570 | 500.00 |

* Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | |
|---|---|---|---|---|---|
| CURRENT | 1337.83 | 272.44 | 13.38 | 1052.01 | Total Net Pay |
| YTD | 15708.83 | 2893.30 | 157.10 | 12658.43 | Check Amount |

| | | |
|---|---|---|
| | 1052.01 | |
| | 252.0 | |

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

2650 Audubon Rd
Audubon, PA 19403

Gregory Buchanan
4 Chaser Ct
Reading, PA 19607
SSN: XXX-XX-6194
Phone Number:

| | |
|---|---|
| Emp No | 0AB4J |
| Location | BER |
| Labor Type | HAUL |
| EE Types | DR |
| Job Class | 5 |
| AR # | SOL1005 |

| | |
|---|---|
| Check No. | 27900977 |
| Check Date | 04/29/2022 |
| Period Start | 04/17/2022 |
| Period End | 04/23/2022 |
| Pay Group | SWS |
| Pay Rate | 160.00 |
| Job | RLD |

### EARNINGS

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | 50.00 | 650.00 |
| Cert Training | | | | 30.00 |
| Daily Pay | 6.00 | 200.00 | 1200.00 | 17808.00 |
| Extra Work Pay | | | | 48.48 |
| Holiday | | | | 129.28 |
| One on One Pay | | | | 161.60 |
| Weekly Hrs | 47.37 | | | |
| Weighted OT | 7.37 | 13.19 | 97.24 | 964.92 |

### TAXES

| Description | Tax Code | Taxes Current | YTD |
|---|---|---|---|
| Exeter | | 13.47 | 197.94 |
| Exeter Twp | | 0.81 | 13.71 |
| Exeter Twp Sd | | 0.19 | 3.22 |
| Pa State Income Tax | | 41.36 | 607.64 |
| Pa Unemployment Emp | | 0.81 | 11.87 |
| Federal Income Tax | | 116.89 | 1365.54 |
| Employee Medicare | | 19.54 | 286.98 |
| Social Security Emp | | 83.53 | 1227.12 |

Totals    47.3700    1347.24    19792.28

### DEDUCTIONS

| Desc | Balance | Description | Current | YTD |
|---|---|---|---|---|
| | | 401K | 13.47 | 197.94 |
| | | Basic EE Life | | |

### EMPLOYEE ACCRUALS

| | Taken | Remaining |
|---|---|---|

### EMPLOYER AMOUNTS

| | Current | YTD |
|---|---|---|
| | 0.88 | 14.96 |

| | Type | Acct Number | Amount |
|---|---|---|---|
| | C | XXXX5970 | 300.00 |
| | C | XXXX8570 | 500.00 |

NET PAY DISTRIBUTION

Balance on Hold

| | GROSS | TAXES | DEDS | NET PAY | |
|---|---|---|---|---|---|
| CURRENT | 1347.24 | 275.60 | 13.47 | 1058.17 | Total Net Pay |
| | 19792.28 | 3734.10 | 197.94 | 15860.24 | Check Amount |

          1058.17
          258.17