UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 7/26/22

To:  BRENNA HOPE MENDELSOHN
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

        In re: Gregory Buchanan
        Bankruptcy No.  22-11154-pmm
        Adversary No.
        Chapter  13

Re:  Amended Schedule D - Creditors Who Hold Claims Secured by Property

The above document(s) were filed in this office on 7/25/2022. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition Amount |
| ( ) | Adversary Proceeding Amount |
| (xx) | $32.00 Filing Fee for Amendments |
| ( ) | $26.00 Claims Transfer Fee |
| ( ) | Motion Filing Fee Amount |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

        Timothy B. McGrath
        Clerk

        By: **C. Wagner**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*