| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-11154-PMM

| | |
|---|---|
| Gregory Buchanan | Petition Filed Date: 05/03/2022 |
| 4 Chaser Court | 341 Hearing Date: 07/19/2022 |
| Reading  PA    19607 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | KOALAFI<br>»» 001 | Unsecured Creditors | $1,649.15 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO DEALER SERVICES<br>»» 003 | Secured Creditors | $2,647.26 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $734.52 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $456.73 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Secured Creditors | $2,639.81 | $0.00 | $0.00 |
| 7 | VILLAGE CAPITAL & INVESTMENT LLC<br>»» 007 | Mortgage Arrears | $69,184.64 | $0.00 | $0.00 |
| 8 | NATIONAL CREDIT ADJUSTERS LLC<br>»» 008 | Unsecured Creditors | $536.88 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11154-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $277.85 |
| Paid to Claims: | $0.00 | Arrearages: | $877.85 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $11,158.30 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.