UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Gregory Buchanan<br><br>                Debtor | Chapter 13<br>Bankruptcy No.22-11154-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of September, 2022, by first class mail upon those listed below:

Gregory Buchanan
4 Chaser Court
Reading, PA  19607

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

                                          */s/ Kristen Gliem*
                                          Kristen Gliem
                                          for
                                          Scott F. Waterman, Esquire
                                          Standing Chapter 13 Trustee