IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory Buchanan<br>    Debtor(s) | CHAPTER 13 |
| Village Capital & Investment, LLC<br>    Movant<br>vs.<br>Gregory Buchanan<br>    Debtor(s) | NO. 22-11154 PMM |
| Scott F. Waterman<br>    Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The pre-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$69,184.64,** as per the Filed Proof of Claim; Claim No. 7.

2. Debtor is to obtain a loan modification by **May 1, 2023**, or as may be extended by modified plan.

3. Debtor is to make regular post-petition payments in accordance with the terms of the Note and Mortgage and applicable payment change notices while the loan modification is pending.

4. The Trustee is not to pay the pre-petition arrears while the loan modification is pending.

5. Movant does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue.

6. Movant does not waive its right to object to any modified plan or extension of time in which to obtain a loan modification.

7. If the Loan modification is not successful, Debtor shall file an amended plan to otherwise address the Movant's claim.

8. Movant's objection is hereby resolved.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date:   November 18, 2022

/s/ Denise Carlon, Esquire
Denise Carlon, Esquire
Attorney for Movant

Date: 11/29/2022

Brenna Hope Mendelsohn, Esquire
Attorney for Debtor(s)

Date: 12/2/22

Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 5th day of December, 2022. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Patricia M. Mayer Judge.