United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gregory Buchanan  
    Debtor

Case No. 22-11154-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 06, 2022      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Buchanan, 4 Chaser Court, Reading, PA 19607-9718 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14701961 | Email/Text: admaas@villagecapital.com | Dec 07 2022 00:20:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:

**Name**      **Email Address**

BRENNA HOPE MENDELSOHN  
     on behalf of Debtor Gregory Buchanan tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS  
     on behalf of Creditor Village Capital & Investment  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON  
     on behalf of Creditor Village Capital & Investment  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 2 |

                ECFMail@ReadingCh13.com

United States Trustee

                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gregory Buchanan <br> Debtor(s) <br><br> Village Capital & Investment, LLC <br> Movant <br> vs. <br><br> Gregory Buchanan <br> Debtor(s) <br><br> Scott F. Waterman <br> Trustee | CHAPTER 13 <br><br><br> NO. 22-11154 PMM <br><br><br><br> 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The pre-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$69,184.64,** as per the Filed Proof of Claim; Claim No. 7.

2. Debtor is to obtain a loan modification by **May 1, 2023**, or as may be extended by modified plan.

3. Debtor is to make regular post-petition payments in accordance with the terms of the Note and Mortgage and applicable payment change notices while the loan modification is pending.

4. The Trustee is not to pay the pre-petition arrears while the loan modification is pending.

5. Movant does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue.

6. Movant does not waive its right to object to any modified plan or extension of time in which to obtain a loan modification.

7. If the Loan modification is not successful, Debtor shall file an amended plan to otherwise address the Movant's claim.

8. Movant's objection is hereby resolved.

9. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date: November 18, 2022

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Attorney for Movant

Date: 11/29/2022

Brenna Hope Mendelsohn, Esquire
Attorney for Debtor(s)

Date: 12/2/22

Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this 5th day of December, 2022. However, the court retains discretion regarding entry of any further order.

Patricia M. Mayer

Bankruptcy Judge
Patricia M. Mayer Judge.