United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11154-pmm
Gregory Buchanan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Jan 05, 2023 | Form ID: 155 | Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Buchanan, 4 Chaser Court, Reading, PA 19607-9718 |
| 14689088 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14689367 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd Suite 3200, Oklahoma City, OK 73106-6034 |
| 14690674 | + | Village Capital & Investment, LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14690586 | | Wells Fargo Auto, PO Box 17900, Denver CO 80217-0900 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14688306 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 06 2023 00:24:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14689308 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2023 00:26:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14689502 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2023 00:26:08 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14688307 | + | Email/Text: BKPT@cfna.com | Jan 06 2023 00:24:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14688308 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 06 2023 00:26:08 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14688309 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2023 00:25:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14697423 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2023 00:25:00 | Jefferson Capital Systems, Po Box 772813, Chicago IL 60677-2813 |
| 14688695 | + | Email/Text: inchargehq@westcreekfin.com | Jan 06 2023 00:25:00 | Koalafi, 424 Hull Street Suite 400, Richmond, VA 23224-4114 |
| 14701622 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:02 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14688310 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2023 00:25:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14688312 | + | Email/Text: bankruptcy@ncaks.com | Jan 06 2023 00:24:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14705329 | | Email/Text: bankruptcy@ncaks.com | Jan 06 2023 00:24:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023 Hutchinson, KS. 67504 |
| 14689043 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 22-11154-pmm   Doc 49   Filed 01/07/23   Entered 01/08/23 00:30:48   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 06 2023 00:26:08 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14688873 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 06 2023 00:26:08 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14696977 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2023 00:25:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14688313 | | Email/Text: joey@rmscollect.com | Jan 06 2023 00:25:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14688314 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:02 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14692711 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2023 00:26:04 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14688315 | + | Email/Text: collections@udriveac.com | Jan 06 2023 00:25:00 | U Drive Acpt, 1119 4th St, Sioux City, IA 51101-1900 |
| 14701961 | | Email/Text: admaas@villagecapital.com | Jan 06 2023 00:24:00 | Village Capital & Investment, 2550 Paseo Verde Parkway Suite 100, Henderson, NV 89074 |
| 14688316 | | Email/Text: admaas@villagecapital.com | Jan 06 2023 00:24:00 | Village Capital & Investments, Llc, Attn: Bankruptcy, 2550 Paseo Verde Parkway, Suite 100, Henderson, NV 89074 |
| 14690581 | ^ | MEBN | Jan 06 2023 00:19:59 | Village Capital & Investment, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690113 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:26:08 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14688317 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 06 2023 00:26:09 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 14688318 | + | Email/Text: inchargehq@westcreekfin.com | Jan 06 2023 00:25:00 | Westcreek Fi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14688311 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Gregory Buchanan tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Village Capital & Investment LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Village Capital & Investment LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gregory Buchanan
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−11154−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 5th day of January 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                    Patricia M. Mayer
                                                                    Judge ,
                                                                    United States Bankruptcy Court